IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAHEEM HARTLEY,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DELAWARE COUNTY et al.,**<br><br>*Defendants.* | **Case No. 2:25-cv-03078-JDW** |

### ORDER

AND NOW, this 23rd day of October 2025, upon consideration of Defendants' Motion To Dismiss Plaintiff's *Pro Se* Complaint (ECF No. 39), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and all claims in this case are **DISMISSED WITHOUT PREJUDICE**. For the reasons stated in the accompanying Memorandum, I will not grant leave to amend.

It is **FURTHER ORDERED** that Plaintiff's Renewed Motion For Injunction (ECF No. 12) is **DENIED AS MOOT**.

The Clerk of Court shall mark the case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.