**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BRAHEEM HARTLEY,** | |
| *Plaintiff,* | **Case No. 2:25-cv-03078-JDW** |
| v. | |
| **DELAWARE COUNTY et al.,** | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 26th day of February 2026, upon consideration of Plaintiff Braheem Hartley's Emergency Motion For Temporary Restraining Order (ECF No. 53), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that Mr. Hartley's Emergency Motion To Expedite Consideration Of Plaintiff Appellant's Temporary Restraining Order Pending Appeal (ECF No. 56) is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that Mr. Hartley's Emergency Motion For Temporary Restraining Order (ECF No. 58) is **DENIED AS MOOT**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.